UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CIVIL DIVISION

LINDA SPIONE,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

       Plaintiff,    Civil Action, File No.
   v            7:16-cv-06211

KIRSCHENBAUM PHILLIPS & LEVY, PC,
ELLIOT PHILLIPS, IRWIN KIRSCHENBAUM,
VELOCITY INVESTMENTS, L.L.C.,
AND JAMES MASTRIANI

       Defendants.

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants.

Dated: June 29, 2017

_____
Mitchell L. Pashkin (MP 5016)
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709
mpash@verizon.net

_____
Michael L. Kohl, Esq.
Michael L. Kohl, P.C.
Attorney for Defendants
Kirschenbaum Phillips & Levy, PC
Elliot Phillips and Irwin Kirschenbaum
34 Eagle Circle
Bohemia, NY 11716
(631) 219-1810

_____
Mathew B. Corwin, Esq.
HINSHAW & CULBERTSON LLP
*Attorneys for Defendants Velocity Investments, L.L.C, and James Mastriani*
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6200
Email: mcorwin@hinshawlaw.com